**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed January 28, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00134-CV

### ROSALE VICTORIA DUFFEY, Appellant

### V.

### CURRY PATRICK DUFFEY, Appellee

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-DCV-173048**

## MEMORANDUM OPINION

This is an appeal from a final order signed December 14, 2018. On January 22, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.